ALEXANDER SEALCOATING AND STRIPING,
INC.
P.O. BOX 211032
MONTGOMERY, AL 36121

Brian C. Thackston
10 Oakdale Street
Millbrook, AL 36054

| )loyee Pay Stub | | Check number: | | Pay Period: 02/02/2023 - 02/08/2023 | | Pay Date: 02/09/2023 | |
|---|---|---|---|---|---|---|---|
| )loyee | | | | SSN | | | |
| n C. Thackston, 10 Oakdale Street, Millbrook, AL 36054 | | | | ***-**-2621 | | | |

| iings and Hours | Qty | Rate | Current | YTD Amount | Vacation | Accrued | Used | Availal |
|---|---|---|---|---|---|---|---|---|
| rly Pay-Site Prep | 35:45 | 23.00 | 822.25 | 822.25 | Current | 0:00 | | -392 |
| ?s | | | Current | YTD Amount | YTD | | | |
| icare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| ?ral Withholding | | | -72.00 | -72.00 | | | | |
| al Security Employee | | | -50.98 | -50.98 | | | | |
| icare Employee | | | -11.92 | -11.92 | | | | |
| Withholding | | | -33.38 | -33.38 | | | | |
| | | | -168.28 | -168.28 | | | | |
| Pay | | | 653.97 | 653.97 | | | | |

ALEXANDER SEALCOATING AND STRIPING, INC.
P.O. BOX 211032
MONTGOMERY, AL 36121

Brian C. Thackston
10 Oakdale Street
Millbrook, AL 36054

| loyee Pay Stub | | Check number: | | | Pay Period: 02/09/2023 - 02/15/2023 | | Pay Date: 02/16/2023 | |
|---|---|---|---|---|---|---|---|---|
| loyee | | | | | SSN | | | |
| n C. Thackston, 10 Oakdale Street, Millbrook, AL 36054 | | | | | ***-**-2621 | | | |

| ings and Hours | Qty | Rate | Current | YTD Amount | Vacation | Accrued | Used | Availaı |
|---|---|---|---|---|---|---|---|---|
| rly Pay-Site Prep | 40:00 | 23.00 | 920.00 | 1,742.25 | Current | 0:00 | | -392 |
| rtime-Site Prep | 12:00 | 34.50 | 414.00 | 414.00 | YTD | | | |
| | 52:00 | | 1,334.00 | 2,156.25 | | | | |
| es | | | Current | YTD Amount | | | | |
| icare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| eral Withholding | | | -163.00 | -235.00 | | | | |
| al Security Employee | | | -82.71 | -133.69 | | | | |
| icare Employee | | | -19.35 | -31.27 | | | | |
| Withholding | | | -54.90 | -88.28 | | | | |
| | | | -319.96 | -488.24 | | | | |
| Pay | | | 1,014.04 | 1,668.01 | | | | |

# MCDONALD CONST. CO., INC.
## Payroll Register
### For the Period From Aug 1, 2022 to Dec 31, 2022

Filter Criteria includes: 1) Employee Names from BRIAN C. THACKSTON to BRIAN C. THACKSTON. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / EMPSAVING / Uniforms / Soc_Sec_ER / St2_Unemp_C | Medicare / State / Garnishment / Medicare_ER | K401 / EMPINS / ChildSupp / PRETAXINS / FUTA_ER | Fed_Income / Local / PRETAXINS / NONPRETAX / SUI_ER | Soc_Sec / EMPADVANC / TelExp / SUI_ER |
|---|---|---|---|---|---|---|---|---|---|
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 045568 / 8/4/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 045604 / 8/11/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| | | | | | -68.20 | -15.95 | | | |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 045640 / 8/18/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| | | | | | -68.20 | -15.95 | | | |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 045680 / 8/25/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| | | | | | -68.20 | -15.95 | | | |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 045721 / 9/1/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| | | | | | -68.20 | -15.95 | | | |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 045772 / 9/8/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| | | | | | -68.20 | -15.95 | | | |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 | Salary | | 1,100.00 | 752.97 | 1,100.00 / -15.95 | -44.55 / -140.01 | | | |

# MCDONALD CONST. CO., INC.
## Payroll Register
### For the Period From Aug 1, 2022 to Dec 31, 2022

Filter Criteria includes: 1) Employee Names from BRIAN C. THACKSTON to BRIAN C. THACKSTON. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID<br>Employee<br>Masked SS No<br>Reference<br>Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross<br>Medicare<br>EMPSAVING<br>Uniforms<br>Soc_Sec_ER<br>St2_Unemp_C | K401<br>State<br>EMPINS<br>Garnishment<br>Medicare_ER | Fed_Income<br>Local<br>ChildSupp<br>PRETAXINS<br>FUTA_ER | Soc_Sec<br>EMPADVANC<br>TelExp<br>NONPRETAX<br>SUI_ER |
|---|---|---|---|---|---|---|---|---|
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>045804<br>9/15/22 | Salary | | | | -68.20 | -15.95 | | |
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>045847<br>9/22/22 | Salary | | 1,100.00 | 752.97 | 1,100.00<br>-15.95 | -44.55<br>-140.01 | -78.32 | -68.20 |
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>045890<br>9/29/22 | Salary | | | | -68.20 | -15.95 | | |
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>045934<br>10/6/22 | Salary | | 1,100.00 | 752.97 | 1,100.00<br>-15.95 | -44.55<br>-140.01 | -78.32 | -68.20 |
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>045976<br>10/13/22 | Salary | | | | -68.20 | -15.95 | | |
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>046020<br>10/20/22 | Salary | | 1,100.00 | 752.97 | 1,100.00<br>-15.95 | -44.55<br>-140.01 | -78.32 | -68.20 |
| BTHACKSTON<br>BRIAN C. THACKSTON<br>XXX-XX-2621<br>046064<br>10/27/22 | Salary | | 1,100.00 | 752.97 | 1,100.00<br>-15.95 | -44.55<br>-140.01 | -78.32 | -68.20 |

# MCDONALD CONST. CO., INC.
## Payroll Register
### For the Period From Aug 1, 2022 to Dec 31, 2022

Filter Criteria includes: 1) Employee Names from BRIAN C. THACKSTON to BRIAN C. THACKSTON. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / EMPSAVING / Uniforms / Soc_Sec_ER / St2_Unemp_C | Medicare / EMPINS / Garnishment / Medicare_ER | K401 / State / EMPINS / PRETAXINS / FUTA_ER | Fed_Income / Local / ChildSupp / PRETAXINS / FUTA_ER | Soc_Sec / EMPADVANC / TelExp / NONPRETAX / SUI_ER |
|---|---|---|---|---|---|---|---|---|---|
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 046108 / 11/3/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / / / -15.95 / | / / / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 046148 / 11/10/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / / / -15.95 / | / / / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 046188 / 11/17/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / / / -15.95 / | / / / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 046228 / 11/23/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / / / -15.95 / | / / / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 046270 / 12/1/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 / / / -15.95 / | / / / -15.95 | -44.55 / -140.01 | | -78.32 | -68.20 |
| BTHACKSTON / BRIAN C. THACKSTON / XXX-XX-2621 / 046314 / 12/8/22 | Bonus | | 757.99 | 700.00 | 757.99 / / / -10.99 / | | | | | -47.00 |
| BTHACKSTON / BRIAN C. THACKSTON | Salary | | 1,100.00 | 752.97 | 1,100.00 / / / -15.95 / | / / / -10.99 | -44.55 | | -78.32 | -68.20 |

# MCDONALD CONST. CO., INC.
## Payroll Register
### For the Period From Aug 1, 2022 to Dec 31, 2022

Filter Criteria includes: 1) Employee Names from BRIAN C. THACKSTON to BRIAN C. THACKSTON. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID / Employee / Masked SS No / Reference / Date | Pay Type | Pay Hrs | Pay Amt | Amount | Gross / Medicare / EMPSAVING / Uniforms / Soc_Sec_ER / St2_Unemp_C | K401 / State / EMPINS / Garnishment / Medicare_ER | Fed_Income / Local / ChildSupp / PRETAXINS / FUTA_ER | Soc_Sec / EMPADVANC / TelExp / NONPRETAX / SUI_ER |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-2621 046353 12/8/22 BTHACKSTON BRIAN C. THACKSTON XXX-XX-2621 046396 12/15/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 -15.95 -68.20 | -140.01 -15.95 | -78.32 | -68.20 |
| BTHACKSTON BRIAN C. THACKSTON XXX-XX-2621 046436 12/22/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 -15.95 -68.20 | -44.55 -140.01 -15.95 | -78.32 | -68.20 |
| BTHACKSTON BRIAN C. THACKSTON XXX-XX-2621 046474 12/29/22 | Salary | | 1,100.00 | 752.97 | 1,100.00 -15.95 -68.20 | -44.55 -140.01 -15.95 | -78.32 | -68.20 |
| Summary Total 8/1/22 thru 9/30/22 | Salary | | 9,900.00 | 6,776.73 | 9,900.00 -143.55 -613.80 | -400.95 -1,260.09 -143.55 | -704.88 | -613.80 |
| Summary Total 10/1/22 thru 12/31/22 | Salary Bonus | | 14,300.00 757.99 | 10,488.61 | 15,057.99 -218.34 -933.60 | -579.15 -1,820.13 -218.34 | -1,018.16 | -933.60 |
| Report Date Final Total 8/1/22 thru 12/31/22 | Salary Bonus | | 24,200.00 757.99 | 17,265.34 | 24,957.99 -361.89 -1,547.40 | -980.10 -3,080.22 -361.89 | -1,723.04 | -1,547.40 |

# MCDONALD CONST. CO., INC.
## Payroll Register
### For the Period From Aug 1, 2022 to Dec 31, 2022

Filter Criteria includes: 1) Employee Names from BRIAN C. THACKSTON to BRIAN C. THACKSTON. Report order is by Check Date. Report is printed in Detail Format.

| Employee ID | Pay Type | Pay Hrs | Pay Amt | Amount | Gross | K401 | Fed_Income | Soc_Sec |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | | Medicare | State | Local | EMPADVANC |
| Masked SS No | | | | | EMPSAVING | EMPINS | ChildSupp | TelExp |
| Reference | | | | | Uniforms | Garnishment | PRETAXINS | NONPRETAX |
| Date | | | | | Soc_Sec_ER | Medicare_ER | FUTA_ER | SUI_ER |
| | | | | | St2_Unemp_C | | | |

                                                                                -1,547.40        -361.89

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF ALABAMA

| Brian Christopher Thackston, | ) | Case No.: 23-30341 |
|---|---|---|
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Pay Advises upon the following parties via electronic filing and/or U.S. Mail postage prepaid and properly addressed on this the **10th** day of **March** 2023.

Honorable Chapter 13 Trustee
Bankruptcy Administrator

                                            /s/ Sandra Lewis
                                            SANDRA LEWIS

OF COUNSEL:

Sandra Lewis
Attorney at Law
P.O. Box 686
Montgomery, AL 36101
sandralew@bellsouth.net
334 269-5930